IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>KENNETH RADER,<br><br>   Defendant. | No. 1:22-mj-00008<br><br>**APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   The undersigned hereby enters his appearance as counsel in this case for the Defendant, Kenneth Rader.

   /s/  Brad Hansen
Brad Hansen, Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  brad_hansen@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on January 25, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
   /s/  Theresa McClure