UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KENNETH RADER,

*Defendant.*

Case No. 1:22-cr-057-RCL

## ORDER

Pretrial Services Agency informed this Court that defendant Kenneth Rader has violated the conditions of his supervised release. Defendant is hereby **ORDERED** to show cause within seven (7) days why this Court should not revoke his presentencing release.

**IT IS SO ORDERED.**

Date: 7/20/22

Royce C. Lamberth
United States District Judge