IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENNETH RADER,<br><br>　　　　Defendant. | No. 1:22-cr-00057-RCL<br><br>**SUPPLEMENT TO DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

COMES NOW, Defendant Kenneth Rader, to provide this supplement to his Response to Order to Show Cause (Doc. 24). Mr. Rader wishes to supplement the record with the attached Exhibit A, consisting of a letter from Mr. Rader explaining his violations and his desire to remain on presentencing release.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Brad Hansen*
　　　　　　　　　　　　　　　　FEDERAL DEFENDER'S OFFICE
　　　　　　　　　　　　　　　　400 Locust Street, Suite 340
　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-2353
　　　　　　　　　　　　　　　　PHONE: (515) 309-9610
　　　　　　　　　　　　　　　　FAX: (515) 309-9625
　　　　　　　　　　　　　　　　E-MAIL: brad_hansen@fd.org
　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

　　　I hereby certify that on August 2, 2022, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

　　　　　　　　　　　　　　　　*/s/ Theresa McClure*

1