# Theresa McClure

**From:** Brad R Hansen
**Sent:** Tuesday, August 2, 2022 11:49 AM
**To:** Theresa McClure
**Subject:** FW: Letter to judge, Washington DC

**From:** Kenny Rader <█████████████>
**Sent:** Tuesday, August 2, 2022 7:08 AM
**To:** Brad R Hansen <Brad_Hansen@fd.org>
**Subject:** Letter to judge, Washington DC

EXTERNAL SENDER
Brad, will you please add the following as a supplemental addition to our answer regarding pretrial release allegations?

Your Honor,

I, the defendant in the above mentioned matter, would like to address some personally for this cause of actions. First I want to express my apology for even having to come to this in the first place. It was address upon receiving pretrial release as a special addition that I must refrain from use of illegal drugs. When this was mentioned I recall thinking that this wouldn't be an issue. I had been clean for nearly 4 yrs with no thought of ever using again.
On November 2, 2018, I had left that world behind and turned the opposite direction. Yes, I became comfortable in my recovery. I never considered the thought of remaining on this path when there's a change in life. Once I was arrested, and even more importantly exposed in the public eye in a high profile case, it changed my life. It was that unexpected variable that sent me on a downward spiral.
Addiction isn't something you can cure, it's only managed. I managed it in the past, this there's no reason I cannot again.
I won't go into "lip service" on what and how I will achieve this. Actions speak louder than words. I will mention that I am in treatment. The treatment facility I am involved with I trust and have a great relationship with. I am asking that the court allow me the opportunity to continue with this facility in treatment and remain on release.  In return I'm willing to do whatever extra obligations the court wishes to demonstrate I am remaining free of any illigal drugs.


Respectfully Submitted,

Kenneth Rader



DEFENDANT'S EXHIBIT A
1:22-cr-57-RCL

1