IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH RADER,<br><br>Defendant. | No. 1:22-cr-00057-RCL<br><br>DEFENDANT'S CONSENT AND REQUEST TO APPEAR FOR SENTENCING BY VIDEO CONFERENCING |

COMES NOW, Defendant Kenneth Rader, to consent and request to appear for sentencing by video conferencing.

1. Standing Order 22-45 (BAH) authorizes, pursuant to the CARES Act, § 15002(b)(2), the use of video conferencing for sentencing hearings until November 9, 2022.

2. Mr. Rader's sentencing hearing on a misdemeanor offense is scheduled for September 9, 2022.

3. Mr. Rader is indigent and without the means to travel to the District of Columbia for the hearing. Moreover, sentencing by video conferencing would reduce risks associated with COVID-19.

4. After consultation with his attorney, Mr. Rader consents and requests to appear in court by video conferencing, with his attorney physically present with him. By signing below, Mr. Rader indicates his consent.

WHEREFORE, Mr. Rader asks the Court to allow him and his attorney appear for sentencing by video conferencing.

Date: 08/15/2022

_____
KENNETH RADER, DEFENDANT

Respectfully submitted,

/s/ Brad Hansen
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: brad_hansen@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to any assigned attorney(s).

/s/ Theresa McClure