IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH RADER,<br><br>    Defendant. | No. 1:22-cr-00057-RCL<br><br>**DEFENDANT'S RESPONSE TO MOTION TO REVOKE RELEASE ORDER** |

COMES NOW, Defendant Kenneth Rader, through counsel, to provide the following response to the government's Motion to Revoke Release Order (Doc. 40) and the Pretrial Violation Report (Doc. 39).

Mr. Rader denies violating the terms of this Court's release order. Specifically, he denies threatening the individual identified in the government's motion and the Pretrial Violation Report. There are other communications between the parties that provide context to the conversation and cast doubt on the veracity of the reporting party.

Nevertheless, rather than wasting this Court's limited and valuable time any further, Mr. Rader would submit to an order from this Court that he report to the U.S. Marshals in Sioux City, Iowa, to commence service of his 90-day sentence of incarceration. He does not request any hearing regarding this matter.

2

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  brad_hansen@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ Theresa McClure*