UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KENNETH RADER**,<br><br>   *Defendant*. | Case No. 1:22-cr-57-RCL |

### ORDER

Upon consideration of the Pretrial Violation Report [39], the government's Motion [40] to Revoke the Release Order, and defendant's response [41] thereto, it is hereby **ORDERED** that the government's motion is **GRANTED**, and the Release Order is **REVOKED**. In his response, defendant consented to self-surrender. Accordingly, defendant is hereby **ORDERED** to surrender forthwith to the U.S. Marshals for the Northern District of Iowa in Sioux City, Iowa.

   **IT IS SO ORDERED.**

Date: October 14, 2022

   /s/ Royce C. Lamberth
Royce C. Lamberth
United States District Judge

1