IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  KENNETH RADER,  Defendant. | No. 1:22-cr-57-RCL  DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION FOR EARLY TERMINATION OF PROBATION |

Kenneth Rader filed a motion pursuant to 18 U.S.C. § 3564(c) for early termination of his term of probation. (Doc. 47.) The government resists. (Doc. 51.) Mr. Rader files this reply brief.

The undersigned counsel has reviewed this Court's decision in *United States v. Pryer*, 1:21-cr-667-RCL-ZMF (Doc. 92), which rejects the crux of the government's argument in this case that "the remedy for [Mr. Rader's] unlawful sentence is to vacate the sentence in its entirety and impose a lawful sentence." (Doc. 51, p. 7.) That is not even an *available* remedy at this stage in Mr. Rader's case, with no appeal or § 2255 petition pending in this case. Mr. Rader filed a motion for early termination of probation under 18 U.S.C. § 3564(c). The Court will decide that motion based on the framework correctly laid out on pages 17 through 19 of the *Pryer* decision.[1]

Although Mr. Rader's long-term struggle with addiction has continued during his term of probation (as evidenced by his recent decision to seek inpatient

---

[1] Unlike Ms. Pryer, Mr. Rader does not have a pending revocation hearing, though he is the subject of pending violations.

1

treatment), he rejects the government's characterization of his supposed "lifelong *disdain* for the law" and "*refusal* to follow this Court's conditions of release." (Doc. 51, pp. 16-17 (emphases added).) Mr. Rader is an addict; he will remain an addict for the rest of his life; and he will do his best to remain clean, but it will remain a struggle under any circumstances. He also asserts that the government's resistance includes allegations that are either inaccurate or irrelevant, but he will refrain from engaging with the resistance on a line-by-line basis.

In light of *Little*, the "interest of justice" factor overwhelms any other considerations and strongly favors early termination of Mr. Rader's term of probation. The Court should end Mr. Rader's supervision.

                                                      Respectfully submitted,

                                                      */s/ Brad Hansen*
                                                      FEDERAL DEFENDER'S OFFICE
                                                      400 Locust Street, Suite 340
                                                      Des Moines, Iowa 50309-2353
                                                      PHONE: (515) 309-9610
                                                      FAX: (515) 309-9625
                                                      E-MAIL: brad_hansen@fd.org
                                                      ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

                                                      */s/ Theresa McClure*