IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KENNETH RADER,<br><br>  Defendant. | No. 1:22-cr-57-RCL<br><br>**DEFENDANT'S MOTION TO SEAL EXHIBITS C AND D FOR REVOCATION HEARING** |

COMES NOW, Defendant Kenneth Rader, through counsel, to move for permission to file Exhibits C and D for his revocation hearing under seal. In support, counsel states:

  1. Mr. Rader's revocation hearing is scheduled for April 17, 2024, at noon EDT.

  2. As mitigation evidence, Mr. Rader intends to file documents reflecting completion of treatment (Exhibit C) and educational achievement (Exhibit D) during his term of probation.

  3. Proposed Exhibits C and D contain personal information and identifiers that should be kept under seal.

  WHEREFORE, Mr. Rader asks for permission to file Exhibits C and D under seal.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  brad_hansen@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ Brad Hansen*