IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH RADER,<br><br>    Defendant. | No. 1:22-cr-57-RCL<br><br>**DEFENDANT'S<br>NOTICE OF FILING** |

COMES NOW, Defendant Kenneth Rader, through counsel, to provide this notice of filing of Exhibit B for tomorrow's revocation hearing. Exhibit B reflects payment of Mr. Rader's special assessment, which satisfies all financial obligations stemming from this case.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: brad_hansen@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ Theresa McClure*

1