| | |
|---|---|
| **From:** | Kenny Rader |
| **To:** | Brad R Hansen |
| **Subject:** | Fwd: Pay.gov Payment Confirmation: DCD Criminal Debt |
| **Date:** | Tuesday, April 9, 2024 10:06:09 AM |

**EXTERNAL SENDER**

K. Rader

---------- Forwarded message ---------
From: <notification@pay.gov>
Date: Tue, Apr 9, 2024, 11:04 AM
Subject: Pay.gov Payment Confirmation: DCD Criminal Debt
To: <████████████████████>

  An official email of the United States government

Pay.gov logo

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Finance Office at (202) 354-3100 or DCDml_FinanceOffice@dcd.uscourts.gov.

Application Name: DCD Criminal Debt
Pay.gov Tracking ID: 27DEUD3B
Agency Tracking ID: 76687637322
Transaction Type: Sale
Transaction Date: 04/09/2024 11:04:30 AM EDT
Account Holder Name: Kenneth Rader
Transaction Amount: $10.00
Card Type: Visa
Card Number: ████████████

Case and Defendant Number: DDCX122CR000057-001
Defendant Name: Rader, Kenneth
Account Holder Name: Rader, Kenneth
Account Holder Phone: Mobile ████████████
Email: ████████████████████



DEFENDANT'S
EXHIBIT
B
1:22-cr-57

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service